**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 334 EAL 2020

         Respondent             :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

         v.                     :

                                        :

WAYNE JOHNSON,                 :

         Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.